# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   PAUL K WILSON                               §
                                                     §    Case No.: 08-18935
                                                     §
                                                     §
                                                     §
                                                     §
         Debtor(s)                                   §
-----------------------------------------------------------------------------------

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/23/2008.

2) This case was confirmed on 10/02/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/02/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/05/2009, 08/05/2009.

5) The case was dismissed on 10/01/2009.

6) Number of months from filing to the last payment: 10

7) Number of months case was pending: 18

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   21,800.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 5,220.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 5,220.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 375.81 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 375.81 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF NEW YORK | SECURED | 135,000.00 | 118,826.99 | .00 | .00 | .00 |
| BANK OF NEW YORK | SECURED | NA | .00 | 2,102.96 | 2,102.96 | .00 |
| VILLAGE OF PARK FORE | SECURED | 160.00 | .00 | 160.00 | 100.00 | .00 |
| VILLAGE OF PARK FORE | SECURED | 160.00 | .00 | .00 | .00 | .00 |
| BANK OF NEW YORK | OTHER | NA | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 202.93 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 587.00 | 567.00 | 567.00 | 236.03 | .00 |
| ALLIED CASH ADVANCE | OTHER | NA | NA | NA | .00 | .00 |
| ALLIED CASH ADVANCE | UNSECURED | NA | NA | NA | .00 | .00 |
| ALLIED CASH ADVANCE | OTHER | NA | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 832.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 871.00 | 870.72 | 870.72 | 362.45 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 613.15 | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 262.74 | NA | NA | .00 | .00 |
| BEN FRANKLIN MOTORS | UNSECURED | 4,278.00 | NA | NA | .00 | .00 |
| CREDIT BUREAU ACCOUN | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| CBUSA INC | UNSECURED | NA | NA | NA | .00 | .00 |
| CBUSA INC | UNSECURED | 133.00 | NA | NA | .00 | .00 |
| CARDHOLDER SERVICES | UNSECURED | NA | NA | NA | .00 | .00 |
| CB USA | UNSECURED | 348.00 | 133.00 | 133.00 | 55.37 | .00 |
| CHARTER ONE | UNSECURED | 410.00 | NA | NA | .00 | .00 |
| FIRST NATIIONAL BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 140.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITY OF CHICAGO PARK | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 210.00 | NA | NA | .00 | .00 |
| COLLECTION | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| CORPORATE AMERICA FA | UNSECURED | 1,486.28 | 1,486.28 | 1,486.28 | 618.70 | .00 |
| CRED PROTECTION ASSO | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | NA | NA | .00 | .00 |
| ERS SOLUTIONS | UNSECURED | 1,081.00 | NA | NA | .00 | .00 |
| FAMILY EYE CARE ASSO | UNSECURED | 133.00 | NA | NA | .00 | .00 |
| FAMILY EYE CARE ASSO | UNSECURED | NA | NA | NA | .00 | .00 |
| CAVALRY PORTFOLIO SE | UNSECURED | 500.00 | 525.00 | 525.00 | 218.55 | .00 |
| FIRST CASH ADVANCE | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 1,184.00 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | UNSECURED | 64.00 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | UNSECURED | 61.00 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | UNSECURED | 59.00 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | UNSECURED | 74.00 | NA | NA | .00 | .00 |
| IGS ENERGY | UNSECURED | NA | NA | NA | .00 | .00 |
| I C COLLECTION SERVI | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| KCA FINANCIAL SERVIC | UNSECURED | 2,094.00 | NA | NA | .00 | .00 |
| KCA FINANCIAL SVC | OTHER | NA | NA | NA | .00 | .00 |
| LINDA L SPAK | UNSECURED | NA | NA | NA | .00 | .00 |
| LINEBARGER GOGGAN BL | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| LOU HARRIS COMPANY | UNSECURED | 467.00 | NA | NA | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | 750.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | 20.45 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | UNSECURED | NA | NA | NA | .00 | .00 |
| ONE IRON VENTURE | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| ONE IRON VENTURE INC | UNSECURED | 745.71 | NA | NA | .00 | .00 |
| ORLAND SQUAR | UNSECURED | 1,337.00 | NA | NA | .00 | .00 |
| ORLAND SQUARE | UNSECURED | 625.00 | NA | NA | .00 | .00 |
| PAYDAY LOANS STORE O | UNSECURED | 1,810.36 | NA | NA | .00 | .00 |
| PDL FIN SVC INC | UNSECURED | NA | NA | NA | .00 | .00 |
| PARC | UNSECURED | 422.00 | 486.50 | 486.50 | 202.52 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 681.38 | 681.38 | 681.38 | 283.64 | .00 |
| PREMIUM ASSET RECOVE | UNSECURED | 486.00 | NA | NA | .00 | .00 |
| PREMIUM ASSET RECOVE | UNSECURED | 231.00 | NA | NA | .00 | .00 |
| PREMIUM ASSET RECOVE | UNSECURED | 235.00 | NA | NA | .00 | .00 |
| PROFFESSIONAL ACCOUN | UNSECURED | 414.14 | NA | NA | .00 | .00 |
| RMCB COLLECTION AGEN | UNSECURED | 20.70 | NA | NA | .00 | .00 |
| RONALD BENEDETTI MD | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 348.00 | 348.85 | 348.85 | 145.22 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SANTA BARBARA BANK & | UNSECURED | 550.00 | 1,015.00 | 1,015.00 | 422.52 | .00 |
| TCF NATIONAL BANK | UNSECURED | 415.00 | NA | NA | .00 | .00 |
| TRIBUTE | UNSECURED | 658.59 | NA | NA | .00 | .00 |
| TRIBUTE | UNSECURED | NA | NA | NA | .00 | .00 |
| THE RECOVERY SERVICE | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| THE RECOVERY SERVICE | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| TRS RECOVERY SERVICE | UNSECURED | 81.13 | NA | NA | .00 | .00 |
| VILLAGE OF DOLTON DE | UNSECURED | NA | NA | NA | .00 | .00 |
| VILLAGE OF EAST HAZE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF FLOSSMOOR | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| VILLAGE OF PARK FORE | UNSECURED | 85.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 850.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | OTHER | NA | NA | NA | .00 | .00 |
| PARC | UNSECURED | NA | 231.18 | 231.18 | 96.23 | .00 |
| WELL GROUP HEALTH PA | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| WELL GROUP HEALTH PA | UNSECURED | 200.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 2,102.96 | 2,102.96 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 160.00 | 100.00 | .00 |
| **TOTAL SECURED:** | 2,262.96 | 2,202.96 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 6,344.91 | 2,641.23 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 375.81 |
| Disbursements to Creditors | $ | 4,844.19 |
| **TOTAL DISBURSEMENTS:** | $ | 5,220.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   01/25/2010                              /s/ Tom  Vaughn
                                                 Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**